**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

FDIC as Receiver for Wheatland Bank, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–03972
                                                        Honorable John F. Grady

OneBeacon Midwest Insurance Company

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2014:

    MINUTE entry before the Honorable John F. Grady: Status hearing held. As discussed in open court, the parties shall complete expert discovery by September 26, 2014; motions in limine shall be filed by October 10, 2014; responses to motions in limine shall be filed by October 24, 2014; a hearing on the motions in limine is set for November 12, 2014 at 1:30 p.m.; a pretrial status hearing is set for November 19, 2014 at 10:30 a.m.; and a jury trial is set for December 1, 2014 at 9:30 a.m. Enter Pretrial Order. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.