IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FDIC as receiver for Wheaton Bank | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11C3972 |
| OneBeacon Midwest Insurance Company | ) ) ) ) | Judge Grady |
| Defendant. | ) | |

**PRETRIAL ORDER**

No later than November 14, 2014, each party to this case shall serve every other party (and provide the court a copy) with the following:

1. The names and addresses of all witnesses the party intends to call in its case-in-chief;

2. A designation of all deposition testimony the party intends to offer in its case-in-chief;

3. A list of all exhibits the party intends to offer in evidence during its case-in-chief;

4. The length (number of trial days excluding jury selection) of the party's case.

DATED: April 9, 2014

ENTER:  _____
John F. Grady, United States District Judge